# EXHIBIT C

| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>JAN NIELSEN LITTLE - # 100029<br>jlittle@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>MAYA JAMES - # 318554<br>mjames@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Plaintiff SVB FINANCIAL TRUST | DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner<br>marshall.huebner@davispolk.com<br>Elliot Moskowitz<br>elliot.moskowitz@davispolk.com<br>Kathryn S. Benedict<br>kathryn.benedict@davispolk.com<br>Nicholas D'Angelo<br>nicholas.dangelo@davispolk.com<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:     212 450 4000<br><br>DAVIS POLK & WARDWELL LLP<br>Jonathan K. Chang - # 355907<br>jonathan.chang@davispolk.com<br>900 Middlefield Road<br>Redwood City, CA 94063<br>Telephone:     650 752 2000 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>            Plaintiff,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank, et al.,<br><br>            Defendant. | Case No. 5:24-cv-01321-BLF / 5:23-cv-06543-BLF |
| SVB FINANCIAL TRUST,<br><br>            Plaintiff,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>            Defendant | |

**PLAINTIFF SVBFT'S AMENDED NOTICE OF RULE 30(B)(1) DEPOSITION OF RICHARD PENFIELD STARKE**

AMENDED NOTICE OF TAKING DEPOSITION
Case Nos. 5:24-cv-01321-BLF / 5:23-cv-06543-BLF

2922272

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, the Civil Local Rules of the above-captioned Court, and any other applicable orders or standing orders, Plaintiff SVB FINANCIAL TRUST ("Plaintiff"), by and through its attorneys of record, will take the deposition via oral examination of Richard Penfield Starke. The deposition of Richard Penfield Starke will take place at Davis Polk & Wardwell LLP, 1050 17th St. NW, Washington, DC 20036, starting at 9 a.m. on June 24, 2025 and will be conducted in accordance with the Federal Rules of Civil Procedure.

The deposition will be taken in person before a Certified Shorthand Reporter or other officer authorized by law to administer oaths. The deposition will continue from day to day until completed, or at such other time and location that is mutually agreed upon by the parties. The deposition will be recorded by stenographic and videographic means, including real-time transcription. Plaintiff reserves the right to use any recording of the deposition at the time of hearing or trial.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be conducted for the purpose of discovery, for use in summary judgment briefing or at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: April 18, 2025                                     KEKER, VAN NEST & PETERS LLP

                                                By:    */s/Julia L. Allen*
                                                       ROBERT A. VAN NEST
                                                       JAN NIELSEN LITTLE
                                                       JULIA L. ALLEN
                                                       MAYA JAMES

                                                       Attorneys for Plaintiff SVB FINANCIAL TRUST

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On April 18, 2025, I served the following document(s):

**PLAINTIFF SVBFT'S AMENDED NOTICE OF RULE 30(B)(1) DEPOSITION OF RICHARD PENFIELD STARKE**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

*SVB FINANCIAL GROUP V. FEDERAL DEPOSIT INSURANCE CORPORATION*
Case No. 5:24-cv-01321-BLF
Service List

| | |
|---|---|
| Casey D. Laffey<br>Ian Turetsky<br>Zachary Kaye<br>Reed Smith LLP<br>599 Lexington Avenue, Suite 22<br>New York, NY 10022<br>claffey@reedsmith.com<br>ituretsky@reedsmith.com<br>zkaye@reedsmith.com | *Counsel for Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bridge Bank, N.A.* |
| Raymond A. Cardozo<br>Emily Frances Lynch<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>rcardozo@reedsmith.com<br>elynch@reedsmith.com | |
| Derek J Baker<br>Reed Smith LLP<br>1717 Arch Street<br>Three Logan Square<br>Philadelphia, PA 19103<br>dbaker@reedsmith.com | |
| Kurt F. Gwynne<br>Reed Smith<br>1201 N. Market Street, Suite 1500 | |

1  Wilmington, DE 19901
2  kgwynne@reedsmith.com

3  David Christopher Giles
   Lawrence Heftman
4  ArentFox Schiff LLP
   233 South Wacker Drive, Suite 7100
5  Chicago, IL 60606
6  david.giles@afslaw.com
   lawrence.heftman@afslaw.com
7
   Stephen Sorensen
8  Elliott McGraw
   Michael L Shenkman
9  Bailey & Glasser
   1055 Thomas Jefferson Street NW, Suite 540
10 Washington, DC 20007
11 ssorensen@baileyglasser.com
   emcgraw@baileyglasser.com
12 mshenkman@baileyglasser.com

13

14       ***SVB FINANCIAL GROUP V. FEDERAL DEPOSIT INSURANCE CORPORATION***
                         Case No. 5:23-cv-06543-BLF
15                              Service List

16 Benjamin Finestone                          *Counsel for Federal Deposit Insurance*
   Quinn Emanuel Urquhart & Sullivan, LLP      *Corporation in its corporate capacity*
17 295 5th Avenue
18 New York, NY 10016
   benjaminfinestone@quinnemanuel.com
19
   Eric Lyttle
20 Jonathan Gordon Cooper
21 Kyra Rachel Simon
   Quinn Emanuel Urquhart and Sullivan, LLP
22 1300 I Street NW, Suite 900
   Washington, DC 20005
23 ericlyttle@quinnemanuel.com
   jonathancooper@quinnemanuel.com
24 kyrasimon@quinnemanuel.com

25
   Emily Casey Warren Kapur
26 Quinn Emanuel
   555 Twin Dolphin Drive, 5th Floor
27 Redwood Shores, CA 94065
   emilykapur@quinnemanuel.com
28

Joshua Courtney
Quinn Emanuel Urquhart & Sullivan
General Commercial
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017
joshuacourtney@quinnemanuel.com

Executed on April 18, 2025, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Susan McCabe