# EXHIBIT D

| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>JAN NIELSEN LITTLE - # 100029<br>jlittle@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>MAYA JAMES - # 318554<br>mjames@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Plaintiff<br>SVB FINANCIAL TRUST | DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner<br>marshall.huebner@davispolk.com<br>Elliot Moskowitz<br>elliot.moskowitz@davispolk.com<br>Kathryn S. Benedict<br>kathryn.benedict@davispolk.com<br>Nicholas D'Angelo<br>Nicholas.dangelo@davispolk.com<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:     212 450 4000<br><br>DAVIS POLK & WARDWELL LLP<br>Jonathan K. Chang - # 355907<br>jonathan.chang@davispolk.com<br>900 Middlefield Road<br>Redwood City, CA 94063<br>Telephone:     650 752 2000 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank, et al.,<br><br>      Defendant. | Case No. 5:24-cv-01321-BLF / 5:23-cv-06543-BLF |
| SVB FINANCIAL TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>      Defendant | |

**PLAINTIFF SVBFT'S NOTICE OF RULE 30(B)(1) DEPOSITION OF RYAN TETRICK**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, the Civil Local Rules of the above-captioned Court, and any other applicable orders or standing orders, Plaintiff SVB FINANCIAL TRUST ("Plaintiff"), by and through its attorneys of record, will take the deposition via oral examination of Ryan Tetrick. The deposition of Ryan Tetrick will take place at the office of Veritext, 1 N. Franklin, Suite 2100, Chicago, IL 60606 on June 18, 2025, starting at 9:00 a.m. and will be conducted in accordance with the Federal Rules of Civil Procedure.

The deposition will be taken in person before a Certified Shorthand Reporter or other officer authorized by law to administer oaths. The deposition will continue from day to day until completed, or at such other time and location that is mutually agreed upon by the parties. The deposition will be recorded by stenographic and videographic means, including real-time transcription. Plaintiff reserves the right to use any recording of the deposition at the time of hearing or trial.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be conducted for the purpose of discovery, for use in summary judgment briefing or at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: April 14, 2025                                KEKER, VAN NEST & PETERS LLP

                                                     By:   */s/Julia L. Allen*
                                                           ROBERT A. VAN NEST
                                                           JAN NIELSEN LITTLE
                                                           JULIA L. ALLEN
                                                           MAYA JAMES

                                                           Attorneys for Plaintiff
                                                           SVB FINANCIAL TRUST

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On April 14, 2025, I served the following document(s):

**PLAINTIFF SVBFT'S NOTICE OF RULE 30(B)(1) DEPOSITION OF RYAN TETRICK**

☑   by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

***SVB FINANCIAL GROUP V. FEDERAL DEPOSIT INSURANCE CORPORATION***
Case No. 5:24-cv-01321-BLF
Service List

| | |
|---|---|
| Casey D. Laffey<br>Ian Turetsky<br>Zachary Kaye<br>Reed Smith LLP<br>599 Lexington Avenue, Suite 22<br>New York, NY 10022<br>claffey@reedsmith.com<br>ituretsky@reedsmith.com<br>zkaye@reedsmith.com | *Counsel for Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bridge Bank, N.A.* |

Raymond A. Cardozo
Emily Frances Lynch
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
rcardozo@reedsmith.com
elynch@reedsmith.com

Derek J Baker
Reed Smith LLP
1717 Arch Street
Three Logan Square
Philadelphia, PA 19103
dbaker@reedsmith.com

Kurt F. Gwynne
Reed Smith
1201 N. Market Street, Suite 1500
Wilmington, DE 19901

1  kgwynne@reedsmith.com

2  David Christopher Giles
3  Lawrence Heftman
   ArentFox Schiff LLP
4  233 South Wacker Drive, Suite 7100
   Chicago, IL 60606
5  david.giles@afslaw.com
   lawrence.heftman@afslaw.com
6
7  Stephen Sorensen
   Elliott McGraw
8  Michael L Shenkman
   Bailey & Glasser
9  1055 Thomas Jefferson Street NW, Suite 540
   Washington, DC 20007
10 ssorensen@baileyglasser.com
   emcgraw@baileyglasser.com
11 mshenkman@baileyglasser.com

12

13
           ***SVB FINANCIAL GROUP V. FEDERAL DEPOSIT INSURANCE CORPORATION***
14                                   Case No. 5:23-cv-06543-BLF
                                           Service List
15

16 Benjamin Finestone                          *Counsel for Federal Deposit Insurance*
   Quinn Emanuel Urquhart & Sullivan, LLP     *Corporation in its corporate capacity*
17 295 5th Avenue
   New York, NY 10016
18 benjaminfinestone@quinnemanuel.com

19 Eric Lyttle
   Jonathan Gordon Cooper
20 Kyra Rachel Simon
   Quinn Emanuel Urquhart and Sullivan, LLP
21 1300 I Street NW, Suite 900
   Washington, DC 20005
22 ericlyttle@quinnemanuel.com
   jonathancooper@quinnemanuel.com
23 kyrasimon@quinnemanuel.com

24
25 Emily Casey Warren Kapur
   Quinn Emanuel
26 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
27 emilykapur@quinnemanuel.com

28

Executed on April 14, 2025, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Julie A. Selby