# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION<br><br>550 17th Street, NW<br>Washington, DC 20429<br><br>                  Petitioner,<br><br>    v.<br><br>SVB FINANCIAL TRUST,<br><br>c/o Davis Polk & Wardwell LLP<br>1050 17th Street, NW<br>Washington, DC  20036<br><br>                  Respondent. | Case No. 1:25-mc-00062<br>Assigned To:  Jackson, Amy Berman<br>Assign. Date: 5/6/2025<br>Description:  Misc. Case<br><br>Misc. No._____ |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE OF MOTION TO QUASH SUBPOENA FOR DEPOSITION OF FORMER FDIC CHAIRMAN MARTIN GRUENBERG**

Pursuant to Local Civil Rule 57.3, Respondent SVB Financial Trust ("SVBFT"), Petitioner the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), and Former FDIC Chairman Martin Gruenberg, (together with Respondent, "Parties"), submit this Stipulation and Proposed Order.

WHEREAS, SVBFT, the successor entity to the SVB Financial Group ("SVBFG") which was the holding company for Silicon Valley Bank, filed suit against FDIC-C and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and for Silicon Valley Bridge Bank, N.A. in the Northern District of California to recover the approximately $1.93

billion SVBFG held in deposits at Silicon Valley Bank when it was closed (the "SVBFT Action");

WHEREAS, in connection with the SVBFT Action, on April 22, 2025, SVBFT issued and counsel for Mr. Gruenberg accepted service of a subpoena to testify at deposition on June 12, 2025;

WHEREAS, on May 6, 2025, undersigned counsel for FDIC-C and Mr. Gruenberg filed a Motion to Quash the Subpoena for Deposition of Mr. Gruenberg, and in the Alternative for a Protective Order (the "Motion to Quash");

WHEREAS, the deadline for SVBFT's opposition to the Motion to Quash is May 20, 2025;

WHEREAS, the Parties have met and conferred regarding the Motion to Quash and have agreed to continue the deposition of Mr. Gruenberg to July 22, 2025;

WHEREAS, on May 16, 2025, SVBFT served and counsel for Mr. Gruenberg accepted service of an amended subpoena to testify at deposition on July 22, 2025;

WHEREAS, the Parties have agreed to continue conferring in good faith regarding the issues raised by the Motion to Quash;

WHEREAS, to avoid the Court and Parties expending unnecessary resources while the Parties confer regarding the Motion to Quash, the Parties agree to an extension of the briefing schedule for the Motion to Quash as follows: (1) SVBFT's deadline to file a response to the Motion to Quash is June 24, 2025, and (2) FDIC-C and Mr. Gruenberg's deadline to file a reply in support of the Motion to Quash is July 1, 2025;

NOW, THEREFORE, THE PARTIES AGREE AND RESPECTFULLY REQUEST THAT THE COURT ORDER:

2973800

1.       SVBFT shall file any response to the Motion to Quash no later than June 24, 2025.

2.       FDIC-C and Mr. Gruenberg shall file any reply in support of the Motion to Quash no later than July 1, 2025.

**IT IS SO STIPULATED.**

Dated:  May 16, 2025                              DAVIS POLK & WARDWELL LLP

By:    */s/ Jesse Solomon*
Jesse Solomon
Davis Polk & Wardwell LLP
1050 17th Street NW
Washington, DC 20036
Telephone: (202) 962-7138
jesse.solomon@davispolk.com

Jonathan K. Chang
*Pro Hac Vice* Application Forthcoming
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
(650) 752-2043
jonathan.chang@davispolk.com

*Counsel to Respondent SVB Financial Trust*

2973800

Dated:  May 16, 2025

FEDERAL DEPOSIT INSURANCE
CORPORATION
Andrew J. Dober
Senior Counsel


By:    */s/ Erik Bond*
Erik Bond, Counsel

Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive
Arlington, VA  22226
Telephone:  (703) 562-6461
erbond@fdic.gov

Jason Benton, Counsel
350 Fifth Avenue, Suite 1200
New York, NY  10118

*Counsel to the Federal Deposit Insurance
Corporation (in its corporate capacity) and
the witness*

**IT IS SO ORDERED.**


Dated:

Hon. Amy Berman Jackson
United States District Court Judge

4

2973800

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 16, 2025, I electronically filed the foregoing document with the United States District Court for the District of Columbia via the Court's CM/ECF system, and that the parties and their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

*/s/ Jesse Solomon*
Jesse Solomon

2973800