IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>      Defendant.<br><br>SVB FINANCIAL TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK AND SILICON VALLEY BRIDGE BANK, N.A.,<br><br>      Defendant. | Case No. 1:25-mc-00062-ABJ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Federal Deposit Insurance Corporation, in its Corporate Capacity ("FDIC-C"), and former FDIC Chairman Martin Gruenberg, in his Official Capacity ("Chairman Gruenberg"), notice dismissal of this miscellaneous action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." SVB Financial Trust has not served an answer or a motion for summary judgment in this action. The FDIC-C and Chairman Gruenberg accordingly notice voluntary dismissal of this miscellaneous action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

| | |
|---|---|
| Dated:  June 5, 2025 | FEDERAL DEPOSIT INSURANCE CORPORATION<br>Andrew J. Dober<br>Senior Counsel<br><br>*/s/* Erik Bond<br>Erik Bond, Counsel<br><br>Federal Deposit Insurance Corporation<br>Legal Division<br>3501 Fairfax Drive<br>Arlington, VA 22226<br>Telephone: (703) 562-6461<br>erbond@fdic.gov<br><br>Jason Benton, Counsel<br>350 Fifth Avenue, Suite 1200<br>New York, NY 10118<br><br>*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity) and the witness* |